UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA AUITO and RYAN AUITO,
Individually and as Next Friends of
KEIRA AUITO, a minor,

       Plaintiffs,

vs.

DR. GERALD EVANSKI, RONALD
ROBERTS, SUSAN GREINER, EMILY
KELLER, SUSAN ARENA, LORA BALA,
GINA REISS, JANE DOE, JOHN DOE,
CHIPPEWA VALLEY SCHOOLS and ERIE
ELEMENTARY SCHOOL,

       Defendants.
_____/

Case No. 2:13-cv-13316
Hon. Arthur J. Tarnow
Mag. Mona K. Majzoub

| | |
|---|---|
| MATTHEW C. BROWN (P40078) | STEPHEN J. HITCHCOCK (P15005) |
| MATTHEW J. BROWN (P73030) | GIARMARCO, MULLINS & HORTON, P.C. |
| BROWN & BROWN, PLC | Attorney for Defendants, Evanski, Roberts, |
| Attorneys for Plaintiff | Greiner, Keller, Arena, Bala, Reiss, Chippewa |
| 838 W. Long Lake Road, Suite 100 | Valley Schools and Erie Elementary School |
| Bloomfield Hills, MI 48302 | 101 W. Big Beaver Road, 10th Floor |
| (248) 454-1120 | Troy, MI 48084-5280 |
| mattbrownatty@gmail.com | (248) 457-7024 |
| matthew.brown.j@gmail.com | sjh@gmhlaw.com |

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS, INTEREST, AND ATTORNEY FEES

    The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

    IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs, interest or attorney fees as to all parties.

2

This Order resolves all pending claims in the above-captioned matter and closes this case.

s/Arthur J. Tarnow<br>U.S. District Court Judge

Dated: April 17, 2015

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

BROWN & BROWN, P.C.

 /s/ Matthew C. Brown
Matthew C. Brown (P40078)
Matthew J. Brown (P73030)
Attorneys for Plaintiffs

GIARMARCO, MULLINS & HORTON, P.C.

 /s/ Stephen J. Hitchcock
Stephen J. Hitchcock (P15005)
Attorney for Defendants